IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES MORAN, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO.: 4:21-cv-04214 |
| | § | JURY TRIAL |
| SIGNET MARITIME | § | |
| CORPORATION and SIGNET | § | |
| MARITIME SERVICES, INC. | § | |
|     Defendants. | § | |

## NOTICE OF WITHDRAWAL OF PLAINTIFF AND DEFENDANTS' MOTIONS IN LIMINE

On August 23, 2022, Plaintiff Charles Moran filed Plaintiff and Defendants' Motion in Limine inadvertently, ECF 57-5. Plaintiff now files this Notice to inform the Court that he is withdrawing the previously filed Motions in Limine.

Dated: August 25, 2022.                    Respectfully submitted,

                                                                  **HERD LAW FIRM, PLLC**

                                                                   By: _____
                                                                   Brandon C. Francis
                                                                   Fed ID 3486302 | TBA # 24107074
                                                                   Charles F. Herd
                                                                   Fed ID 2793 | TBA # 09504480
                                                                   19500 Tomball Parkway | Suite 250
                                                                   Houston, Texas 77070
                                                                   713.955.3699 (Tel.)
                                                                   281.462.5180 (Fax)
                                                                   charles.herd@herdlawfirm.com
                                                                   brandon.francis@herdlawfirm.com
                                                             ***ATTORNEYS FOR PLAINTIFF***
                                                             ***CAPTAIN CHARLES MORAN***

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I electronically filed the foregoing pleading on this 25th day of August, 2022, and that a true and correct copy of the foregoing will be served on all counsel of record via Electronic Case Filing System of the United States District Court for the Southern District of Texas, Houston Division.

                                                     Respectfully submitted,

                                                     Brandon C. Francis