IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES MORAN,<br>Plaintiff, | §<br>§ | <br>C.A. NO.: 4:21-cv-04214 |
| | § | **JURY TRIAL** |
| v. | § | |
| | § | **Lee H. Rosenthal** |
| SIGNET MARITIME | § | Judge |
| CORPORATION and SIGNET | § | |
| MARITIME SERVICES, INC. | § | Lisa Eddins |
| Defendants. | § | Case Manager |
| | § | |

---

**PLAINTIFF'S AMENDED WITNESS LIST**
**August 29, 2022**

---

TO THE HONORABLE JUDGE OF THE SAID COURT:

COMES NOW, Plaintiff, Charles Moran, in the above styled cause, and files his AMENDED TRIAL WITNESS LIST:

**TRIAL WITNESSES**

1. Captain Charles Moran
c/o Charles F. Herd, Jr.
Brandon Francis
Herd Law Firm, PLLC.
19500 Tomball Parkway, Suite 250
Houston, Texas 77010

Capt. Moran is the Plaintiff in this case and has knowledge of the incident(s) that made the basis of this suit, his medical care, limitations, damages, and various related and resulting matters. See his deposition transcript for more details.

2. Ricky Moran
40463 Louis Road
Prairieville, Louisiana 70756

Mr. Moran is the Plaintiff's brother in this case and has knowledge of the incident(s) that made the basis of this suit, his medical care, limitations, damages, and various related and resulting matters.

3. Amanda Moran

40442 Gaidon Drive
Gonzales, Louisiana 70737
985-662-6536

Ms. Moran is the Plaintiff's daughter and has knowledge of the damages, injuries and consequences to Plaintiff following the events made the basis of this suit, and various related and resulting matters.

4. Captain Todd Maise, Jr.
Port Captain
Southern Fleet & Logistics, LLC
1208 East Huntington Street
Beeville, Texas 78102
(504) 881-3041

Capt. Maise was previously an employee of Signet Maritime Corporation but at the time of Plaintiff's injury Capt. Maise was providing port captain services to Signet on a contract basis. Capt. Maise will testify concerning the events of September 29, 2021 and the facts and circumstances of the allegations contained in Plaintiff's Third Amended Complaint. Capt. Maise may also testify concerning the events surrounding the August 20, 2021 allision at the Brazos River floodgate. Please see Capt. Maise's deposition for further details.

5. Justin Niedecken
Engineer
San Antonio, Texas 78215
360-720-3351

Mr. Niedecken is an Engineer and was the Engineer on duty with Capt. Moran on the day of the allision incident. Mr. Niedecken may testify regarding the August 20, 2021 allision between the M/V SIGNET PURITAN and the Brazos River lock wall, and the facts and circumstances related to the incident.

6. DHS/USCG Investigators (Individuals' names are unknown at this time)
Department of Homeland Security / United States Coast Guard
Marine Safety Unit Texas City

The Federal investigators who can testify regarding the M/V SIGNET PURITAN's August 20, 2021 allision with the Brazos River Lock Wall incident, and the related MISLE Incident Investigation Report.

7. Charles F. Herd, Jr.
Brandon C. Francis
Herd Law Firm, PLLC
19500 Tomball Parkway, Suite 250
Houston, Texas 77010
713-955-3699

Mr. Herd and Mr. Francis are expected to testify regarding attorneys' fees and expenses incurred on Plaintiff's behalf in this case.

8. Scott Sharp
Signet Maritime Corporation
c/o Mark Freeman
Clark Hill, PLC
2301 Broadway St.
San Antonio, Texas 78215

Mr. Sharp is an employee of Signet Maritime Corporation and will testify about the M/V SIGNET PURITN's August 20, 2021 allision with the Brazos River Lock Wall. Mr. Sharp's testimony will be via deposition. The designated portions of his testimony are contained in his June 14, 2021, deposition, pages 23:10-23, 25:9-27:1, 31:14-32:11, 32:20-34:9, and 34:23-35:20. Please see Mr. Sharp's deposition for further details.

9. Live or via Records:
Brain Kindl, MD
New Orleans Orthopedic Institute
3939 Houma Boulevard, Suite 18
Metairie, Louisiana 70006-4201
985-445-1603

Dr. Kindl is an Orthopedic Surgeon and provides medical treatment to Plaintiff for his injuries sustained on September 29, 2021. Dr. Kindl may testify about Plaintiff's injuries, mechanism of injury, the reasonable and necessary medical treatment provided, and to be provided hereafter, the reasonable and necessary medical expenses incurred, or to be incurred, by Plaintiff, current and any future restrictions or limitations, other medical conditions of Plaintiff, future medical care required, and related matters.

10. Live or via Records:
Antonio Rodriguez, MD
Michael Montgomery, MD
Orthopedic Associates of Corpus Christi
d/b/a South Texas Bone & Joint
601 Texan Trail # 300
Corpus Christi, Texas 78411
361-854-0811

Drs. Rodriguez and Montgomery are Orthopedic Surgeons and provided medical treatment to Plaintiff for his injuries sustained on September 29, 2021. Drs. Rodriguez and Montgomery may testify about Plaintiff's injuries, mechanism of injury, the reasonable and necessary medical treatment provided, the reasonable and necessary medical expenses incurred by Plaintiff, and any future restrictions or limitations and/or future medical care required.

11. Live or via records:
Kuldeep V Patel, MD
The NeuroMedical Center Clinic
15420 South Harrell's Ferry Road
Baton Rouge, Louisiana 70816
225-769-2200

Dr. Patel provided medical treatment to Plaintiff for his injuries sustained on September 29, 2021. Dr. Patel may testify about Plaintiff's injuries, mechanism of injury, the reasonable and necessary medical treatment provided, the reasonable and necessary medical expenses incurred by Plaintiff, and any future restrictions or limitations and/or future medical care required.

12. Live or via records:
Gerald J Calegan, MD
The NeuroMedical Center Clinic
15420 South Harrell's Ferry Road
Baton Rouge, Louisiana 70816
225-769-2200

Dr. Calegan provided medical treatment to Plaintiff for his injuries sustained on September 29, 2021. Dr. Calegan may testify about Plaintiff's injuries, mechanism of injury, the reasonable and necessary medical treatment provided, the reasonable and necessary medical expenses incurred by Plaintiff, and any future restrictions or limitations and/or future medical care required.

13. Live or via records:
Custodian of Records
The Spine Hospital of Louisiana
10105 Park Rowe Circle
Baton Rouge, Louisiana 70810
225-763-9900

The Spine Hospital of Louisiana provided medical treatment to Plaintiff for his injuries sustained on September 29, 2021. The Spine Hospital of Louisiana Custodian of Records may testify about the reasonable and necessary medical treatment provided, the reasonable and necessary medical expenses incurred by Plaintiff.

14. Lindsay Day
Amanda Hedges
The NeuroMedical Center Physical Therapy
15420 South Harrell's Ferry Road
Baton Rouge, Louisiana 70816
225-769-2200

Ms. Day and Ms. Hedges provided medical treatment to Plaintiff for his injuries sustained on September 29, 2021. Ms. Day and/or Ms. Hedges may testify about Plaintiff's injuries, mechanism of injury, the reasonable and necessary medical treatment provided, the reasonable and necessary medical expenses incurred by Plaintiff, and any future restrictions or limitations and/or future medical care required. Plaintiff reserves the right to call or cross-examine any witness listed in any other party's witness list to support Plaintiff's claims in this matter.

15. Charles Herd, Jr.
Brandon C. Francis
Herd Law Firm, PLLC
19500 Tomball Parkway, Suite 250
Houston, Texas 77010
713-955-3699

Mr. Herd and Mr. Francis are expected to testify regarding attorneys' fees and expenses incurred on Plaintiff's behalf in this case.

Plaintiff reserves the right to call or cross-examine any witness listed in any other party's witness list to support Plaintiff's claims for relief in this case.

If other witnesses to be called at the trial become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.

Dated: August 29, 2022.

Respectfully submitted,

**HERD LAW FIRM, PLLC**

By: ______________________

Charles F. Herd
Fed ID 2793 | TBA # 09504480
Brandon C. Francis
Fed ID 3486302 | TBA # 24107074
19500 Tomball Parkway,
Suite 250
Houston, Texas 77070
Tel: 713-955-3699
Fax: 281-462-5180
Brandon.Francis@HerdLawFirm.com
Charles.Herd@HerdLawFirm.com

***ATTORNEYS FOR PLAINTIFF***
***CAPTAIN CHARLES MORAN***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing on this 29th day of August, 2022, and that a true and correct copy of the foregoing will be served on all counsel of record via Electronic Case Filing System of the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

______________________

CHARLES F. HERD, JR