IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES MORAN, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | C.A. NO.: 4:21-cv-04214 |
| | § | |
| SIGNET MARITIME CORPORATION, | § | |
| *Defendant.* | § | |

## JURY QUESTIONS

**JURY QUESTION NO. 1**

Has Captain Moran proven by a preponderance of the evidence that he was in the service of the vessel on September 29, 2021, when he fell and injured his ankle?

**Answer "Yes" or "No."**

Answer: __Yes__.

**JURY QUESTION NO. 2**

Has Captain Moran proven by a preponderance of the evidence that his employment was wrongfully terminated by Signet Maritime Corporation?

**Answer "Yes" or "No."**

Answer: __NO__.

_____
Foreperson's Signature