IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DISTRICT

| | | |
|---|---|---|
| CHARLES MORAN, | § § § | |
| Plaintiff, | § | |
| v. | § § § § § § § | CIVIL CASE NO. 4:21-CV-04214 |
| SIGNET MARITIME CORPORATION, | | |
| Defendant. | | |

### PLAINTIFF'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), Plaintiff Charles Moran, hereby gives notice of his intent to appeal the Final Judgment, entered May 23, 2023 (Doc. 162), as well as his intent to appeal all other interlocutory orders rendered final and appealable by the Final Judgment, including the Court's Memorandum Opinion and Order (Doc. 53) granting Defendant Signet Maritime Corporation's Motion for Partial Summary Judgment (Doc. 39).

Plaintiff gives further notice of his intent to appeal the aforementioned Final Judgment and any and all interlocutory orders to the United States Court of Appeals for the Fifth Circuit. Plaintiff's notice is timely as it is being filed within 30 days of the date that the Court entered its Final Judgment made the basis of this appeal. *See* FED. R. APP. P. 4(a)(1)(A).

Dated: June 22, 2023.                                  Respectfully submitted,

                                                        **HERD LAW FIRM, PLLC**

                                                        By: *[signature]*
                                                        Charles F. Herd
                                                        Fed ID 2793 | TBA # 09504480
                                                        Brandon C. Francis
                                                        Fed ID 3486302 | TBA # 24107074
                                                        19500 Tomball Parkway | Suite 250
                                                        Houston, Texas 77070
                                                        713.955.3699 (Tel.)
                                                        281.462.5180 (Fax)

charles.herd@herdlawfirm.com
brandon.francis@herdlawfirm.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appeal* was served on all parties/counsel of record via CM/ECF on June 22, 2023 in accordance with the Federal Rules of Civil Procedure.

Mark Freeman
Texas Bar No. 07426600
Southern District of Texas Bar No. 5975
mfreeman@clarkhill.com
David E. James
Texas Bar No.24032467
Southern District of Texas Bar No. 588556
djames@clarkhill.com
CLARK HILL PLC
2615 Calder Avenue, Suite 240
Beaumont, Texas 77702
T: (409) 351-3802
F: (409) 351-3883
*ATTORNEYS FOR DEFENDANT*

_____
CHARLES F. HERD, JR.